No. 02–6241.  FITZGERALD v. WITHROW, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 02–6245.  BELL v. ILLINOIS.  App. Ct. Ill., 5th Dist.  Certiorari denied.

No. 02–6254.  MEDEL v. GALETKA, WARDEN, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 02–6267.  JANOE v. SUPERIOR COURT OF CALIFORNIA, ORANGE COUNTY, ET AL.  Ct. App. Cal., 4th App. Dist.  Certiorari denied.

No. 02–6274.  PERRY v. ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS.  C. A. 4th Cir.  Certiorari denied.

No. 02–6287.  ELLEN J. v. SONOMA COUNTY HUMAN SERVICES DEPARTMENT.  Ct. App. Cal., 1st App. Dist.  Certiorari denied.

No. 02–6295.  RODORIQUEZ SEPEDA v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 02–6304.  WALKER v. GRANT ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 02–6332.  HANSEN v. SMITH.  C. A. 11th Cir.  Certiorari denied.

No. 02–6340.  TAYLOR v. WISCONSIN.  Sup. Ct. Wis.  Certiorari denied.

No. 02–6346.  LEKAS v. ILLINOIS.  App. Ct. Ill., 1st Dist.  Certiorari denied.

No. 02–6353.  COLE v. PENNSYLVANIA ET AL.  Commw. Ct. Pa.  Certiorari denied.

No. 02–6361.  SMULLS v. MISSOURI.  Sup. Ct. Mo.  Certiorari denied.